IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **08-cv-00460-JLK**

**DIMAS ARMANDO DIAZ-HOLGUIN, A 382 67 101**

      Petitioner,

v.

**PETER KEISLER, Acting Attorney General of the United States,
KEVIN D. ROONEY, Dir. EOIR, Immigration Court,
MICHAEL CHERTOFF, Secretary, DHS**

      Respondents.
_____

TEMPORARY RESTRAINING ORDER
_____

KANE, J.

      Upon review of Petitioner's Motion for Temporary Restraining Order, Declaratory and Injunctive Relief (Stay and Release) (Doc. 4), **IT IS ORDERED** that Respondents or any of their agents, representatives or employees, are **ENJOINED** and **PROHIBITED** from removing Petitioner, **Dimas Armando Diaz-Holguin, A 382 67 101**, from this jurisdiction or from the United States for a period of **TEN (10) DAYS** so that a judge of competent jurisdiction may review his Petition for Writ of Habeas Corpus.  I note that I was assigned this case yesterday morning, in the midst of a civil trial, and returned the case for reassignment as an exercise of my prerogative as a Senior Judge so to do.  Given that the reassignment had not been effected at the time I received this Motion and because it is Friday, I have elected to act on it rather than risk the event of irreparable harm

accruing to Petitioner while the bureaucratic wheels turn. Further action on the Petition or on further requests for preliminary injunctive relief will be for the reassigned judge to make.

Dated March 7, 2008.

**s/John L. Kane**
SENIOR U.S. DISTRICT JUDGE