IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00460-REB-MJW

DIMAS ARMANDO DIAZ-HOLGUIN,

Petitioner,

v.

PETER KEISLER, et al,

Respondents.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that both petitioner's Motion for Proceedings to Show Cause Why Respondents Should Not Be Held in Contempt and Motion to Transfer (Docket No. 18) and respondents' Motion to Strike Motion for Contempt (Docket No. 22) are denied without prejudice for failure to comply with D.C.COLO.LCivR 7.1 (A). It is further

**ORDERED** that on or before May 27, 2008, petitioner shall file a response to the respondents' Motion to Dismiss (Docket No. 14), which was filed on May 2, 2008.

Date: May 21, 2008