IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-00460-REB-MJW

DIMAS ARMANDO DIAZ-HOLGUIN,

    Applicant,

v.

PETER KEISLER, Acting Attorney General of the United States,
KEVIN D. ROONEY, Dir. EOIR, Immigration Court, and
MICHAEL CHERTOFF, Secretary, DHS,

    Respondents.

## ORDER ADOPTING RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

    This matter is before me on the following: (1) the **Petitioner's Memorandum of Law in Support of Petition for Writ of Habeas** Corpus [#11] filed April 3, 2008; (2) the respondents' **Motion To Dismiss** [#14] filed May 2, 2008; and (3) the magistrate judge's **Recommendation on Respondents' Motion To Dismiss (Docket No. 14)** [#27] filed February 25, 2009. As noted by the magistrate judge, the applicant's memorandum of law [#11] is the applicant's operative pleading. The applicant has not filed a separate application for writ of habeas corpus. I approve and adopt the magistrate judge's recommendation, and I grant the motion to dismiss in part and deny the motion in part.

    None of the parties have filed any objections to the magistrate judge's recommendation. Therefore, I am required only to review the recommendation for plain error. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005). The recommendation is detailed and well-reasoned. Finding no error, much less plain error, in the magistrate judge's reasoning and recommended

disposition, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the magistrate judge's **Recommendation on Respondents' Motion To Dismiss (Docket No. 14)** [#27] filed February 25, 2009, is **APPROVED and ADOPTED** as an order of this court;

2. That the respondents' **Motion To Dismiss** [#14] filed May 2, 2008, is **GRANTED** as to the applicant's claim concerning his detention by U.S. Immigration and Customs Enforcement;

3. That the **Petitioner's Memorandum of Law in Support of Petition for Writ of Habeas** Corpus [#11] filed April 3, 2008, read as an application for writ of habeas corpus, is **DENIED** as moot as to the applicant's claim concerning his detention by U.S. Immigration and Customs Enforcement;

4. That the respondents' **Motion To Dismiss** [#14] filed May 2, 2008, is **DENIED** otherwise ;

5. That as required by 28 U.S.C. § 1631, the applicant's claim challenging the apparent reinstatement of the order of removal concerning the applicant is **TRANSFERRED** to the United States Court of Appeals for the Tenth Circuit; and

6. That this case is **CLOSED**.

Dated March 16, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge