# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | June 02, 2009 | Douglas E. Cressler<br>Chief Deputy Clerk |

DOH/EOIR/BIA
Attn: Certification Unit
P.O. Box 8530
Falls Church, VA 22041

Julie M. Iversen
General Counsel
United States Department of Justice
Office of Immigration Litigation
P.O. Box 878
Ben Franklin Station
Washington, DC 20044

Mr. Gregory Langham
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Mr. John Longshore
United States Immigration & Custom Enforcement
4730 Paris Street
Denver, CO 80239-0000

Mr. Mark S. Pestal
Office of the United States Attorney
District of Colorado
1225 17th Street, Suite 700
Denver, CO 80202

Mr. John Elliot Reardon
826 1/2 Grand Ave.
Glenwood Springs, CO 81601-0000

**RE:     09-9513, Diaz-Holguin v. Holder, Jr.**
         District Docket: 1:08-CV-00460-REB-MJW

Dear Counsel and Clerks:

Attached please find an order issued today by the court dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court and agency shall file accordingly.

Please contact this office if you have questions.

                                         Sincerely,

                                         Elisabeth A. Shumaker
                                         Clerk of the Court


EAS/ao